UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D1, MICHAEL ANGELO,
D2, HASSAN KAMAL FAYAD,
D3, MIRNA KAMAL FAYAD, and
D6, ROSINA ANGELO,

    Defendants.

_____/

Criminal No. 22-cr-20188
Hon. Matthew F. Leitman

## STIPULATION TO DISMISS COUNTS SEVEN, EIGHT, AND TEN

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the United States of America ("the Government") and Defendants Michael Angelo, Hassan Kamal Fayad, Mirna Kamal Fayad, and Rosina Angelo ("the Defendants"), by and through undersigned counsel, and the Government hereby moves, pursuant to Fed. R. Crim. Pro. 48(a), to dismiss with prejudice Counts Seven, Eight and Ten in the Superseding Indictment in the above-referenced matter and all other outstanding counts in the underlying matter against the Defendants in the matter.

| | |
|---|---|
| IT IS STIPULATED. | Dated: November 26, 2024 |
| | DAVID A. HUBBERT<br>Deputy Assistant Attorney General<br>U.S. Department of Justice,<br>Tax Division |
| | /s/ Jorge Almonte<br>Jorge Almonte (DC 481391)<br>Assistant Chief<br>U.S. Department of Justice,<br>Tax Division<br>150 M Street, N.E., Ste 1.125<br>Washington D.C. 20002<br>(202) 305-3676<br>Jorge.Almonte@usdoj.gov |
| /s/ R. Michael Bullotta<br>R. Michael Bullotta, Esq. (MI P85866)<br>*Counsel for Defendant Michael Angelo*<br>Bullotta Law<br>615 Griswold St. (Suite 1620)<br>Dearborn, MI 48124<br>(313) 400-5776<br>michael@bullottalaw.com | /s/ Kimberly W. Stout<br>Kimberly W. Stout, Esq. (MI P38588)<br>*Counsel for Defendant Mirna Kamal Fayad*<br>Kimberly W. Stout, PC<br>370 E Maple Rd Fl 3<br>Birmingham, MI 48009-6303<br>(248) 258-3181<br>wadesmom1@aol.com |
| /s/ Patrick H. Hurford<br>Patrick J. Hurford, Esq. (MI P82903)<br>*Counsel for Defendant Rosina Angelo*<br>Patrick Hurford PLLC<br>500 Griswold, Suite 2400<br>Detroit, MI 48226<br>(313) 938-0693<br>patrick@hurford.law | /s/ James Amberg<br>James Amberg, Esq. (MI P68564)<br>*Counsel for Defendant Hassan Kamal Fayad*<br>Amberg & Amberg PC<br>32121 Woodward Ave, PH10<br>Royal Oak, MI 48703<br>(248) 681-6255<br>jamberg@amberglaw.net |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D1, MICHAEL ANGELO,
D2, HASSAN KAMAL FAYAD,
D3, MIRNA KAMAL FAYAD, and
D6, ROSINA ANGELO,

    Defendants.
_____/

Criminal No. 22-cr-20188
Hon. Matthew F. Leitman

## **ORDER DISMISSING COUNTS SEVEN, EIGHT, AND TEN**

Counsel for the United States of America ("the Government") and the Defendants Michael Angelo, Hassan Kamal Fayad, Mirna Kamal Fayad, and Rosina Angelo ("Defendants"), having agreed, and the Government having moved, pursuant to Fed. R. Crim. P. 48(a), to dismiss, with prejudice, Counts Seven, Eight, and Ten of the Superseding Indictment in above-referenced matter and all other outstanding counts in the underlying matter, and the Court being otherwise advised in the premises,

**IT IS HEREBY ORDERED** that Counts Seven, Eight, and Ten of the Superseding Indictment and all other outstanding counts in the underlying matter are dismissed with prejudice.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  December 4, 2024